UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.M., a minor, by and through his *guardian ad litem* A.M.,<br><br>           Plaintiff,<br><br>    v.<br><br>KERN HIGH SCHOOL DISTRICT,<br><br>           Defendant. | Case No. 1:24-cv-01273-JLT-CDB<br><br>ORDER DENYING PLAINTIFF'S SUBSTITUTION OF ATTORNEY FOR FAILURE TO COMPLY WITH LOCAL RULE 131(e)<br><br>(Doc. 35) |

The Court has read and considered the appliation of Plaintiff Z.M. to substitute Blaz Gutierrez as counsel of record in place of Lindsay Appell (Doc. 35).

The filing includes electronic signatures for the former attorney and new attorney, each bearing an "/s/" followed by the individual's name. This complies with Local Rule 131(c) for current counsel who is using the filer's individual CM/ECF account. However, as for the new attorney signature, the substitution is without attestation of current counsel acquiring authorization or possessing a signed original copy.

Local Rule 131(e) provides that "[s]ubmitting counsel shall place the other counsel's signature on the electronic filing by using '/s/ counsel's name (as authorized on __[date]__).'" Alternatively, one counsel may obtain the original signatures from all counsel who are filing the document, scan the signature page(s) only and file the signature page(s) as an attachment to the

1  document with an explanatory statement on the signature page of the filed document." L.R. 131(e).

2  Accordingly, it is HEREBY ORDERED that Plaintiff's request to substitute counsel
3  (Doc. 35) is DENIED without prejudice. Plaintiff may re-file a substitution of attorney form that
4  complies with Local Rule 131(e).

5  IT IS SO ORDERED.

6  Dated: **February 5, 2025**
7  UNITED STATES MAGISTRATE JUDGE