UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.M., a minor, by and through his *guardian ad litem* A.M.,<br><br>Plaintiff,<br><br>v.<br><br>KERN HIGH SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:24-cv-01273-JLT-CDB<br><br>ORDER GRANTING RENEWED JOINT REQUEST TO SEAL DOCUMENTS<br><br>(Doc. 36)<br><br>**5-DAY DEADLINE** |

Pending before the Court is the parties' renewed joint notice and request to seal documents (Doc. 36), filed on February 3, 2025, and mailed to the undersigned's chambers. The parties represent that the documents to be sealed (the administrative record) contain sensitive and private educational, health, and identity information concerning Plaintiff, a minor child. They further represent that this information is shielded from disclosure under the Family Educational Rights and Privacy Act ("FERPA") and, due to the voluminous nature of the record, redaction would be impractical. *See id.* The parties, thus, seek to file the administrative record under seal.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the parties' notice and request, sealing the documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the parties would be

harmed. In light of the fact that the administrative record at issue is voluminous, consisting of over 1,900 pages, and redaction would, therefore, be impractically burdensome, the Court further finds that there are no additional alternatives to sealing the documents that would adequately protect the compelling interests identified by the parties.

**Conclusion and Order**

Accordingly, pursuant to Local Rule 141 and based upon the representations contained in the parties' notice and request, IT IS HEREBY ORDERED that the administrative record shall be SEALED until further order of this Court.

It is FURTHER ORDERED within five (5) days of issuance of this Order, Plaintiff shall submit a copy of this Order and the "Joint Request to Seal Documents" by email to the Operations Section of the Clerk of the Court: ApprovedSealed@caed.uscourts.gov.

The Clerk of the Court is DIRECTED to seal the document to be sealed, titled "Administrative Record.pdf," lodged by Plaintiff with the Court on USB thumb drive.

IT IS SO ORDERED.

Dated:   **February 5, 2025**

UNITED STATES MAGISTRATE JUDGE

2